UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| **TALIA BLAKENSHIP,**<br><br>    **Plaintiff,**<br><br>**V.**<br><br>**PIKEVILLE MEDICAL CENTER, INC., et al.,**<br><br>    **Defendants.** | **CIVIL ACTION NO. 7:24-10-KKC**<br><br><br>**OPINION AND ORDER** |

*** *** ***

This matter is before the Court on the Motion to Authorize Commission of Out-of-State Subpoena filed by Pikeville Medical Center, Inc. and the Motion for Summary Judgment filed by Dr. Ahsen Ali Butt. Both motions were filed in state court before the case was removed to this Court. Since the two motions were filed in state court, the Motion to Authorize Commission of Out-Of-State Subpoena and Dr. Butt's Motion for Summary Judgment are DENIED AS MOOT. If parties wish for these motions to be ruled on, they must refile them in this Court. The Court notes that Dr. Butt has filed a renewed motion for summary judgment in this Court. (DE 14.)

This 5th day of June, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1